

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Attorney ID No. 003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com<br>Attorney for Creditor, GITSIT Solutions LLC,<br>f/k/a Kondaur Capital, LLC |
|---|
| In re:<br>    **Eileen M. Brogan** |

Order Filed on May 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | **22-12110** |
| Chapter: | **13** |
| Adv. No.: | |
| Hearing Date: | **5/25/2022** |
| Judge: | **Michael B. Kaplan** |

# ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 31, 2022**

*/s/ Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on an objection to confirmation of Debtor's Plan and for good cause shown, it is hereby

**ORDERED** that the proceeds from the sale of real estate must be utilized to satisfy the liens on the real property pursuant to a payoff statement to be provided to Debtor in accordance with applicable state law. Creditor's lien(s) shall attach to the proceeds of sale and that GITSIT Solutions LLC, f/k/a Kondaur Capital, LLC shall be paid in full at closing pursuant to a payoff statement to be obtained by the Debtors for that purpose.

**IT IS FURTHER ORDERED** that should the sale of Debtor's real property not be completed by the anticipated completion date of September 15, 2022, Debtor must file an amended plan.